IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DARLENE SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:12-CV-62-MTT |
| | * |
| HOUSTON COUNTY SHERIFF'S OFFICE, et al, | * |
| | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 4, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 5th day of November, 2013.

Gregory J. Leonard, Clerk

s/ Charlene A. Lunsford, Deputy Clerk