DATE:   November 14, 2013

FILE:   **MOTION FOR RECONSIDERATION**

TO:   Judge Marc Thomas Treadwell

Dear, your Honor Sir I Darlene Smith is asking for you to reconsider your Motion for Summary Judgment on November 4, 2013 for the Defendants due fact that I did not have enough time to file my Motion for Summary Judgment or my Brief or turn in my evidence . I had an attorney representing me when I gave my Deposition on August 26, 2013 but then as I enclosed to show you he terminated our relationship due to the fact that he quoted; "he does not have the resources as a young attorney just starting a law firm to represent this kind of case". I did not have enough time to find an attorney or have a deposition taken by the Defendants or complete my Summary Judgment or Brief or turn in my evidence. I am ashamed to say to say that I also; got a D.U.I. on October 18, 2013 and was bonded out on November 4, 2013. Enclosed is that proof. I gave a Deposition on August 26, 2013 under oath O.C.G.A. 9-11-6 (d) which is an affidavit that disputes the Defendants evidence as not genuine evidence or supportive. Mr. Morris under oath at the Deposition I gave August 26, 2013. My pictures that I told you that was missing out of my file that I picked up May 8, 2013 at Mrs. Walkers office. I told Mr. Morris that he had my missing evidence and how did he get my pictures. He said that he couldn't give them to me but send me a copy. So, I asked Mr. Weinstein Representing me at the Deposition I gave. To use his cell phone to prove that the Defendants attorney had my evidence in their possession and I want them. Mr. Morris entered the photos in as exhibits. I asked for them under oath and he said that he would give me copies under oath. The pictures show me with bruises the night after I came home from the emergency room. I did not receive them and before Mr. Weinstein terminated me he said he did not receive them yet while we spoke on the phone.

In conclusion, I have genuine evidence to dispute and prove that my constitutional writes where violated. The Defendants have genuine evidence to prove that I do also and their evidence is not genuine and sad to say taking advantage of I not having a Lawyer and making a mockery of this Court and Judicial System. Thank You for all your time. Your Honor Sir.

Sincerely,

Darlene D. Smith

# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Macon)
# CIVIL DOCKET FOR CASE #: 5:12-cv-00062-MTT
# Internal Use Only

RECEIVED
CLERK'S OFFICE
2013 NOV 14  PM 3:49
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

| | |
|---|---|
| Smith v. Houston County Sheriffs OFFICE et al | Date Filed: 02/22/2012 |
| Assigned to: Judge Marc Thomas Treadwell | Jury Demand: Both |
| Cause: 42:1983 Civil Rights Acts | Nature of Suit: 440 Civil |
| | Jurisdiction: Federal Question |

**Plaintiff**
**Darlene Smith**                    Represented by **Darlene Smith**
                                                    3327 Walden Road
                                                    Macon, GA 31216
                                                    478-788-9077
                                                    PRO SE

V.

**Defendant**
**HOUSTON COUNTY**                   Represented by **G. Kevin Morris**
**SHERIFFS OFFICE**                                 4330 South Lee St. NE
                                                    Bldg 400, Ste A
                                                    Buford, GA 30518